UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

      -AGAINST-

Lebovits et al
      Defendants
-------------------------------------------------X

**ORDER OF REFERRAL**
11-CR-0134 (SJ)

JOHNSON, District Judge

The above-referenced criminal case is hereby referred to Magistrate Judge Steven M. Gold for the following purposes.

☐   1.   To conduct arraignments;

☐   2.   Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☐   3.   With consent of the parties as indicated below, to select a jury of twelve with two alternates.

✔   4.   62   MOTION to Dismiss the Indictment, MOTION to Suppress Evidence of Electronic Surveillance by Avigdor Gutwein, 63   MOTION for Discovery by Yudah Neuman, 64   MOTION to Suppress by Yudah Neuman, 65   First MOTION for Leave to File Notice of Motion for a Bill of Particulars, 66   MOTION to Suppress Evidence Derived From Wiretaps, for Report & Recommendation.

    SO ORDERED.

                                          /s/(SJ)

                                 United States District Judge

Dated:       Brooklyn, N.Y.
              October 20, 2011

*STIPULATED AND AGREED*, by and between the undersigned, counsel for respective parties:

Dated:       Brooklyn, N.Y.